UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNATHAN L. BURKS,

    Plaintiff,

v.

RAPHAEL WASHINGTON, *et al.*,

    Defendants.

Case No. 2:19-cv-10027

Hon. Gershwin A. Drain
Mag. Judge Anthony P. Patti

**INDEX OF EXHIBITS TO BRIEF IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE RELATED TO VIOLENCE OF NON-PARTIES**

| Exhibit | Description |
| --- | --- |
| A. | Burks Dep. Excerpts |
| B. | Amended Complaint with Proposed Redlines |
| C. | Unpublished Case Law |