UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNATHAN L. BURKS,

    Plaintiff,

v.

RAPHAEL WASHINGTON, *et al.*,

    Defendants.

Case No. 2:19-cv-10027

Hon. Gershwin A. Drain
Mag. Anthony P. Patti

## INDEX OF EXHIBITS TO PLAINTIFF'S BRIEF IN SUPPORT OF MOTION IN LIMINE REGARDING OPINION EVIDENCE OF BULIFANT AND DAVIS

| Exhibit | Description |
|---|---|
| A. | 9/24/21 Davis Dep. |
| B. | 1/12/21 Bulifant Dep. |
| C. | 9/27/21 Bulifant Dep. |
| D. | Unpublished Case Law |
| E. | Defendants' Disclosures |