UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNATHAN L. BURKS,

    Plaintiff,

v.

RAPHAEL WASHINGTON, *et al.*,

    Defendants.

Case No. 2:19-cv-10027

Hon. Gershwin A. Drain
Mag. Judge Anthony P. Patti

**INDEX OF EXHIBITS TO PLAINTIFF'S BRIEF IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE SUGGESTING THAT PLAINTIFF'S RAPE WAS IN ANY WAY CONSENSUAL**

| Exhibit | Description |
|---|---|
| A. | Case Law |
| B. | Trial Transcript Excerpts (Case No. 17-004867-01-FC) |