**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

JOHNATHAN L. BURKS,

    Plaintiff,

v.

RAPHAEL WASHINGTON, *et al.*,

    Defendants.

Case No. 2:19-cv-10027

Hon. Gershwin A. Drain
Mag. Judge Anthony P. Patti

---

**INDEX OF EXHIBITS TO BRIEF IN SUPPORT OF PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE EVIDENCE OF INCARCERATED PLAINTIFF'S ACCESS TO DAMAGES AWARD**

| Exhibit | Description |
|---------|-------------|
| A. | *Bates v. Dura Automotive Systems, Inc.*, 2011 WL 2618235 (M.D. Tenn. 2011) |
| B. | *Echavarria v. Roach*, 2022 WL 606076 (D. Mass. Mar. 1, 2022) |